No. 820. 10 EAST 40TH STREET BUILDING, INC. v. CALLUS ET AL. February 12, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second

**834**

Circuit granted. *Messrs. Joseph M. Proskauer* and *Harold H. Levin* for petitioner. *Messrs. Aaron Benenson* and *Sydney R. Snitkin* for respondents.